THE PEOPLE OF THE STATE OF ILLINOIS, Plaintiff-Appellee, *v.* LARRY CHALMERS, Defendant-Appellant.

(Nos. 58563, 58564 cons.;

First District (5th Division)—October 5, 1973.

PER CURIAM.
ENGLISH, J., took no part.

Katz, Hirsch & Wise, Ltd., of Chicago, for appellant.

Bernard Carey, State's Attorney, of Chicago, (Kenneth L. Gillis and Thomas A. Mauet, Assistant State's Attorneys, of counsel,) for the People.

THE PEOPLE OF THE STATE OF ILLINOIS, Plaintiff-Appellee, v. LONNIE KING, Defendant-Appellant.

(No. 55925;

First District (2nd Division)—October 9, 1973.

Opinion by Mr. JUSTICE LEIGHTON.